Same case below, 37 So. 3d 869.

**No. 10-5708. Granville Paul Bogle, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 343, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7194.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 378 Fed. Appx. 864.

**No. 10-5713. Lorenzo Williams, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7144.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5714. Santiago Valdivia-Perez, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7264.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5715. Rene Urena Gonzalez, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7589.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5716. Mars Webb, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7156.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 10-5719. Errol Lamar Scott, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7159.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5722. Robert Lee Williams, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 338, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7355.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-5723. Ronald N. Totaro, Petitioner v. United States.**

562 U.S. 935, 131 S. Ct. 339, 178 L. Ed. 2d 220, 2010 U.S. LEXIS 7261.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.